UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    17-05836 |
| RENETTA L. GRIFFIN | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE coming on to be heard on the Motion of CREDIT UNION 1, for relief from the automatic stay, the Court having jurisdiction and being fully advised in the premises, and due notice having been given, IT IS HEREBY ORDERED:

1. Movant, CREDIT UNION 1, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 by modifying the stay with regard to the debtor and property of the estate, so as to permit CREDIT UNION 1 to pursue its rights in the collateral known as the 2011 Chevrolet Cruz, Vehicle Identification Number (VIN): 1G1PC5SH2B7119371

2. The Stay of Order under Rule 4001(a)(3) is waived.

Enter:

*Jacqueline P. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  NOV - 1 2017

**Prepared by:**
Paul B. Fichter
Attorney for Movant
(ARDC: 6282848)
450 E. 22nd Street, Suite 250
Lombard, IL 60148
Tel: (800) 252-6950, ext. 7216
Fax: (630) 559-8600
Email: pfichter@creditunion1.org